JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MACIAS VALLADOLID, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE TRUCK CENTER, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 20-11001-DMG (JPRx)<br><br>**ORDER APPROVING STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [32]** |

Pursuant to the parties' Joint Stipulation Requesting Voluntary Dismissal With Prejudice, the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: January 5, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE